IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

OBIDIAH MCCASKILL, JR.,

      Appellant,

Case No.    5D22-1636

v.

LT Case No. 1988-CF-001718-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Patti A. Christensen, Judge.

Obidiah McCaskill, Jr., Palatka, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.